IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

KOURI-PEREZ, ET AL,
Defendant.

CRIMINAL NO.   97-091(JAF)

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
## AS THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of today, October 26, 2006, Nereida Melendez Rivera is not the Assistant United States Attorney responsible for the prosecution of the above referenced case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Assistant U.S. Attorney Nereida Melendez Rivera as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico  this 26 day of October, 2006.

Rosa Emilia Rodriguez Velez
United States Attorney


/S/ *Nereida Meléndez-Rivera*

Nereida Meléndez Rivera
U.S.D.C. No. 218210
Assistant U.S. Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398
Email: nereida.melendez@usdoj.gov

Motion to Withdraw...
US v. Kouri-Perez, et al
Criminal No. 97-091(JAF)
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico this 26 day of October, 2006.

/S/ *Nereida Meléndez-Rivera*
Nereida Meléndez Rivera
Assistant U. S. Attorney